**24-1293**

In the United States Court of Appeals
for the Tenth Circuit

National Association of Industrial Bankers, et al.,

*Plaintiffs-Appellees*

v.

Philip J. Weiser, Attorney General of the State of Colorado, et al.

*Defendants-Appellants.*

On appeal from an order granting motion for preliminary injunction in the United States District Court for the District of Colorado, Civil Case No. 1:24-cv-812-DDD-KAS, Judge Daniel D. Domenico, presiding

**ERRATA to Amicus Brief of the States of Utah and Other States in Support of Appellees and Affirmance**

<div style="margin-left: 50%;">

Sean D. Reyes
Utah Attorney General
Stanford Purser
Utah Solicitor General
Steve Geary
Assistant Utah Solicitor General
Utah Attorney General's Office
160 East 300 South, Fifth Floor
P.O. Box 140858
Salt Lake City, Utah 84114-0858
(801) 366-0100

*Counsel for Amicus States in Support of Appellees*

</div>

Amici States submit the following errata to their brief in support of Appellees. Page 11 of the amicus brief, where additional counsel of Amici States are listed, incorrectly includes Patrick Morrisey, Attorney General for West Virginia, and omits Bridget Hill, who was then serving as Attorney General for Wyoming. West Virginia is not an Amici State, and page 11 should list Bridget Hill and Wyoming in place of Patrick Morrisey and West Virginia. Counsel regrets the error.

Respectfully submitted,

/s/ *Steve Geary*
Steve Geary
Assistant Utah Solicitor General
*Counsel for Amici States in Support of Plaintiffs and Affirmance*