FILED
United States Court of Appeals
Tenth Circuit

November 10, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS; AMERICAN FINANCIAL SERVICES ASSOCIATION; AMERICAN FINTECH COUNCIL,

    Plaintiffs - Appellees,

v.

PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado; MARTHA FULFORD, in her official capacity as Administrator of the Colorado Uniform Consumer Credit Code,

    Defendants - Appellants.

-------------------------------

STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF HAWAII; STATE OF MAINE; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW YORK; STATE OF PENNSYLVANIA; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; DISTRICT OF COLUMBIA, CENTER FOR RESONSIBLE LENDING; NATIONAL CONSUMER LAW CENTER, FEDERAL DEPOSIT INSURANCE CORPORATION; THE BELL POLICY CENTER; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; THE BANK

No. 24-1293
(D.C. No. 1:24-CV-00812-DDD-KAS)
(D. Colo.)

POLICY INSTITUTE; STATE BANKERS ASSOCIATIONS; STATE OF UTAH; STATE OF ALABAMA; STATE OF LOUISIANNA; STATE OF MISSISSIPPI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OD SOUTH DAKOTA; STATE OF TEXAS; STATE OF WYOMING,

    Amici Curiae.

_____

**JUDGMENT**

_____

Before **PHILLIPS**, **ROSSMAN**, and **FEDERICO**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk