No. 24-1293

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado, and MARTHA FULFORD, in her official capacity as Administrator of the Colorado Uniform Consumer Credit Code,

    *Defendants-Appellants*,

v.

AMERICAN FINTECH COUNCIL, NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS, and AMERICAN FINANCIAL SERVICES, ASSOCIATION,

    *Plaintiffs-Appellees*.

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Pursuant to Federal Rule of Appellate Procedure 27 and 10th Circuit Rules 27.5(A)(10) and 27.6, Appellees respectfully request a 15-day extension of time, to and including December 9, 2025, to file a petition for rehearing in this matter. The Opinion and Judgment were filed on November 10, 2025, so any petition for rehearing is currently due

1

November 24, 2025. We have not previously requested an extension of time to file such petition. We are authorized to represent that Appellants do not oppose this request.

We make this request for numerous reasons:

*First,* this case presents complex issues involving novel and technical questions of statutory interpretation in the context of evolving state and federal banking regulation, which resulted in a 97-page split decision.

*Second*, all three Appellees are trade associations. Coordination among the Appellees' members and their respective co-counsel necessitates additional time to ensure thorough preparation and effective representation of all interests.

*Third*, members of the Appellees' team have substantial commitments that predate the opinion issuing and triggering the petition for rehearing deadline. Such obligations include: (1) a reply brief due in a Ninth Circuit appeal, due in *Guenther et al. v. Emmons et al.* (9th Cir. No. 25-3650); (2) a reply brief due in support of a preliminary injunction motion, *Students Engaged In Advancing Texas v. Paxton* (W.D. Tex. No. 1:25-cv-1662); (3) a response to a complaint, due in *Moodie et al. v.*

2

*Navy Federal Credit Union et al.* (D. Md. No. 8:25-cv-02652-TDC); (4) a motion to dismiss briefing, involving complex National Bank Act preemption issues, due in *Strange v. Capital One, National Association* (D. Md. No. 8:25-cv-02711-TDC); (5) a reply brief due in a California Court of Appeal mandamus proceeding, due in *The Expert Institute Group, Inc. et al. v. Superior Court* (Cal. Ct. App. No. B349032); (6) a reply brief, due in *Jewell School District v. Kate Skinner et al.* (Or. Ct. App. No. A186539); (7) a motion to dismiss and fee petition briefing, due in *EcoShield Pest Solutions Portland LLC v. GRIT Marketing LLC et al.* (Multnomah Cnty. Cir. Ct. No. 25CV54310) and *EcoShield Pest Solutions Portland, LLC v. GRIT Marketing LLC* (D. Or. No. 3:24-cv-00887); (8) expedited discovery motions, due in *Vaughn v. Atkinson et al.* (Douglas Cnty. Cir. Ct. No. 25CV37488); (9) the complaint and a preliminary injunction motion in an at-this-point-confidential constitutional challenge to a state law that we plan to file in the next several weeks; and (10) pleadings, motion briefing, evidentiary hearing submissions, and attendance in multiple arbitrations and administrative proceedings.

*Fourth*, Appellees' counsel, including the lead attorneys, have personal conflicts during the existing briefing period, including already-scheduled medical procedures and surgeries for different family members.

Appellees thus respectfully request that the Court grant Appellees a 15-day extension of time, to and including December 9, 2025, by which to file a petition for rehearing.

Respectfully Submitted,

|  |  |
|---|---|
| MATTHEW E. LADEW<br>Davis Wright Tremaine, LLP<br>865 S Figueroa Street<br>Suite 2400<br>Los Angeles, CA 90017<br>(213) 633-6800<br>mattladew@dwt.com<br><br>CHRIS SWIFT<br>Davis Wright Tremaine, LLP<br>560 SW 10th Avenue<br>Suite 700<br>Portland, OR 97205<br>(503) 276-5505<br>chrisswift@dwt.com | /s/ David M. Gossett<br>DAVID M. GOSSETT<br>CHAVA BRANDRISS<br>Davis Wright Tremaine LLP<br>1301 K Street NW<br>Suite 500 East<br>Washington, D.C. 20005<br>(202) 973-4200<br>davidgossett@dwt.com<br>chavabrandriss@dwt.com<br><br>ED PERLMUTTER<br>Holland & Knight LLP<br>1801 California Street<br>Suite 5000<br>Denver, CO 80202<br>(303) 974-6552<br>ed.perlmutter@hklaw.com |

*Attorneys for the National Association of Industrial Bankers and the American Financial Services Association*

|  |  |
|---|---|
| MORGAN L. RATNER<br>Sullivan & Cromwell LLP<br>1700 New York Avenue NW<br>Washington, D.C. 20006<br>(202) 956-7500<br>ratnerm@sullcrom.com | MATTHEW A. SCHWARTZ<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000<br>schwartzmatthew@sullcrom.com |

*Attorneys for the American Fintech Council*

November 13, 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rules of Appellate Procedure 27(d)(1), 32(c) because it was prepared in 14-point Century Schoolbook, a proportionally spaced font. I further certify that the motion complies with the type-volume limitations of Rule 27(d)(2)(A) because—according to the word-count function of Microsoft Word—it contains 472 words, excluding the parts exempted by Rule 32(f).

*/s/ David M. Gossett*
David M. Gossett