UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS; AMERICAN FINANCIAL SERVICES ASSOCIATION; AMERICAN FINTECH COUNCIL,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado; MARTHA FULFORD, in her official capacity as Administrator of the Colorado Uniform Consumer Credit Code,<br><br>    Defendants - Appellants.<br><br>------------------------------<br><br>STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF HAWAII; STATE OF MAINE; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW YORK; STATE OF PENNSYLVANIA; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; DISTRICT OF COLUMBIA, CENTER FOR RESPONSIBLE LENDING; NATIONAL CONSUMER LAW CENTER, FEDERAL DEPOSIT INSURANCE CORPORATION; THE BELL POLICY CENTER; AMERICAN BANKERS | No. 24-1293<br>(D.C. No. 1:24-CV-00812-DDD-KAS)<br>(D. Colo.) |

ASSOCIATION; CONSUMER BANKERS ASSOCIATION; THE BANK POLICY INSTITUTE; STATE BANKERS ASSOCIATIONS; STATE OF UTAH; STATE OF ALABAMA; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF SOUTH CAROLINA; STATE OD SOUTH DAKOTA; STATE OF TEXAS; STATE OF WYOMING,

Amici Curiae.

_____

**MOTION TO WITHDRAW APPEARANCE OF LEAH E. CAPRITTA**
**(10th Cir.R.46.4(c))**
_____

In accordance with Tenth Circuit Rule 46.4(c), the undersigned counsel respectfully requests to withdraw as counsel for Plaintiffs – Appellees National Association Bankers (NAIB) and American Financial Services Association (AFSA). Ms. Capritta has left the firm Holland, and Knight, LLP and Plaintiffs - Appellees will continue to be represented by Edwin G. Perlmutter of Holland & Knight LLP, and will not be prejudiced by this withdrawal.

Dated this 12th day of December, 2025.

Respectfully Submitted,

*/s/ Leah E. Capritta*
Leah E. Capritta
Buchalter, a Professional Corporation
Telephone: (303) 927-3041

Email: lcapritta@buchalter.com
1099 18th Street, Suite 1900
Denver, CO 80202

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2025, I filed a true and correct copy of the foregoing document via CM/ECF, which will generate notice by electronic mail to all counsel who have appeared via CM/ECF.

/s/ Leah E. Capritta
Leah E. Capritta