No. 24-1293
IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

PHILIP J. WEISER, et al.,

    Defendants-Appellants,

    v.

AMERICAN FINTECH COUNCIL, et al.

    Plaintiffs-Appellees.

_____

**On Appeal From the United States District Court for the
District of Colorado, No. 1:24-cv-00812**

_____

**UNOPPOSED MOTION OF AMICI CURIAE AMERICAN
BANKERS ASSOCIATION, BANK POLICY INSTITUTE, AND
52 STATE BANKERS ASSOCIATIONS FOR LEAVE
TO FILE AMICUS BRIEF IN SUPPORT OF PETITION
FOR REHEARING EN BANC BY PLAINTIFFS-APPELLEES**

_____

| | |
|---|---|
| Ronald K. Vaske<br>vasker@ballardspahr.com<br>BALLARD SPAHR, LLP<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55401-2119<br>612.371.3215 | Burt M. Rublin*<br>rublin@ballardspahr.com<br>Alan S. Kaplinsky<br>kaplinsky@ballardsphar.com<br>BALLARD SPAHR, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>215.864.8116<br>*Counsel of Record* |

*Attorneys for American Bankers Association,
Bank Policy Institute, and 52
State Bankers Associations*

Pursuant to Fed.R.App.P. 29(a)(3) and (b)(3), the American Bankers Association, Bank Policy Institute, and 52 State Bankers Associations respectfully submit this unopposed Motion seeking leave of Court to file the proposed Amicus Brief in support of the Petition for Rehearing En Banc filed by Plaintiffs-Appellees.

As set forth in the proposed Amicus brief, the American Bankers Association ("ABA") is the principal national trade association of the financial services industry in the United States. Founded in 1875, the ABA is the voice for the nation's $25.1 trillion banking industry and its 2.1 million employees.

The Bank Policy Institute ("BPI") is a nonpartisan public policy, research, and advocacy group that represents universal banks, regional banks, and major foreign banks doing business in the United States. BPI produces academic research and analysis on regulatory and monetary policy topics, analyzes and comments on proposed regulations, and represents the financial services industry with respect to numerous industry concerns.

The 52 State Bankers Associations listed in the Appendix to the proposed Amicus Brief represent the interests of their members at the state and local level.

The amici each have many members who are state-chartered FDIC-insured depository institutions located outside Colorado that make loans in their states in conformity with their states' laws to borrowers in Colorado. They have long relied upon the preemption provisions in Sections 521-523 of the Depository Institutions Deregulation and Monetary Control Act of 1980 ("DIDMCA") in

making their interstate loans. Their lending programs will be greatly affected by the outcome of this litigation.

The Movants previously filed an Amicus brief in this appeal, and the arguments set forth in the proposed Amicus brief are not duplicative of those made in the Petition for Rehearing En Banc. Movants respectfully submit that the proposed Amicus brief will assist the Court in deciding the Petition.

Movants contacted both the Plaintiffs-Appellees and the Defendants-Appellants about this Motion. All parties have advised Movants that they do not object to the filing of the proposed Amicus brief.

Respectfully submitted,

Dated:  December 16, 2025

/s/ *Burt M. Rublin*
Burt M. Rublin*
rublin@ballardspahr.com
Alan S. Kaplinsky
kaplinsky@ballardsphar.com
BALLARD SPAHR, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8116
*Counsel of Record*

Ronald K. Vaske
vasker@ballardspahr.com
Ballard Spahr, LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
612.371.3215

*Attorneys for Amici Curiae American Bankers Association, Bank Policy Institute, and 52 State Bankers Associations*