UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| National Association of Industrial Bankers, et al.,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>Philip J. Weiser, Attorney General of the State of Colorado, and Martha Fulford, Administrator of the Colorado Uniform Consumer Credit Code,<br><br>    Defendants-Appellants. | Case No. 24-1293 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Office of the Comptroller of the Currency
_____
[Party or Parties][1]

_____

Amicus Curiae_____ _____, in the above-captioned case(s).
    [Appellant/Petitioner or Appellee/Respondent]

Peter C. Koch
_____     _____
Name of Counsel                                            Name of Counsel

/s/ Peter C. Koch
_____     _____
Signature of Counsel                                       Signature of Counsel

400 7th Street, S.W.
Washington, D.C. 20219
(202) 649-6313
_____     _____
Mailing Address and Telephone Number         Mailing Address and Telephone Number

peter.koch@occ.treas.gov
_____     _____
E-Mail Address                                                 E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

<u>December 16, 2025</u>

Date

<u>/s/ Peter C. Koch</u>

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒　　All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐On _____ I sent a copy of this Entry of Appearance
　　　　　　　[date]

Form to:
_____

at_____,

the last known address/email address, by_____.
　　　　　　　　　　　　　　　　　　　　　[state method of service]

December 16, 2025
Date

/s/ Peter C. Koch
Signature