No. 24-1293

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado, and MARTHA FULFORD, in her official capacity as Administrator of the Colorado Uniform Consumer Credit Code,<br><br>  Defendants – Appellants,<br><br>v.<br><br>AMERICAN FINTECH COUNCIL, NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS, and AMERICAN FINANCIAL SERVICES, ASSOCIATION,<br><br>  Plaintiffs – Appellees. | |

On Appeal from the United States District Court, District of Colorado
The Honorable Daniel D. Domenico
District Judge

District Court Case No. 1:24-cv-00812-DDD-KAS

**DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS-APPELLEES' PETITION FOR REHEARING EN BANC**

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General<br>KEVIN BURNS*<br>Senior Assistant Attorney General<br>PHILIP SPARR*<br>Assistant Attorney General<br>MICHAEL D. McMASTER*<br>Assistant Solicitor General | Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>720-508-6000<br>*Counsel of Record<br>*Attorneys for Defendants-Appellants* |

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and 10th Circuit Rule 27.6, Defendants-Appellants Philip J. Weiser, Attorney General of the State of Colorado, and Martha Fulford, Administrator of the Colorado Uniform Consumer Credit Code (collectively "Appellants"), respectfully request a 30-day extension of time—up to and including January 21, 2026—to file a response to Plaintiffs-Appellees' Petition for Rehearing En Banc (Doc. 131). Appellants have not previously filed a motion for an extension of time in this matter. Appellees consent to the extension of time requested by Appellants herein.

In a November 10, 2025 Order, the Court reversed the district court's grant of a preliminary injunction—enjoining Appellants' enforcement of Colorado's interest rate laws against certain state-chartered banks—and remanded this matter to the district court for further proceedings consistent with its Order (Doc. 126-1). A petition for rehearing must be filed within 14 days after judgment is entered, unless shortened or extended by order or local rule. FED. R. APP. P. 40(d)(1).

Appellees' Petition for Rehearing En Banc (Doc. 131) ("*Petition*") was therefore, by default, due November 24, 2025.

Appellees sought an extension of time, to which Appellants consented, pursuant to 10th Circuit Rule 27.5(A)(10) and 27.6 (Doc. 128), making their *Petition* due on December 9, 2025. The Court then issued an Order on December 10, 2025 directing Appellants to file a response to the *Petition* by December 22, 2025 (Doc. 132), thirteen days after the *Petition* was filed.

Appellants request a 30-day extension of time to respond to Appellees' *Petition* for the following reasons:

1.  Appellants' undersigned counsel have commitments in other active matters predating the Court's November 10th Order, Appellees' *Petition*, and the Court's December 10th Order directing Appellants to file a response to the *Petition* by December 22nd, including:

    - Preparations for the Solicitor General's oral argument before the Ninth Circuit Court of Appeals in *California v. Meta Platforms, Inc.*, (9th Cir. No. 24-7032).

2

- Attending depositions in *Johnson v. University of Colorado* (D. Colo. No. 1:25-cv-00390).

- Engaging in minute-to-minute settlement negotiations in a complex, multistate investigation—led by Colorado—with an expiring tolling agreement (note: Appellants cannot reveal the name or identity of the parties under investigation or the facts disclosed therin pursuant to section 5-6-106(4) of the Colorado Revised Statutes).

- Preparing a motion to dismiss in *ACA International v. Fulford* (D. Colo. No. 1:25-cv03530).

- Preparing a formal response to a congressional inquiry

2. One of Appellants' undersigned attorneys will be out of the country for a full week.

3. Appellants' office is closed for the Christmas and New Year holidays and accordingly counsel will be out of the office.

4. Appellants' requested extension will not prejudice the Appellees or unreasonably delay the Court's ability to rule on the Petition. *See, e.g.*, *U.S. v. Miller*, 250 F.R.D. 588, 593–94 (D. Kan. 2008).

Accordingly, Appellants respectfully request the Court grant a 30-day extension of time, up to and including January 21, 2026, in which to file their response to the *Petition*.

Respectfully submitted, December 16, 2025

>PHILIP J. WEISER
>Attorney General
>
>/s/ *Philip Sparr*
>MICHAEL D. McMASTER*
>Assistant Solicitor General
>KEVIN BURNS*
>Senior Assistant Attorney General
>PHILIP SPARR*
>Assistant Attorney General
>Telephone: 720-508-6000
>E-Mail: philip.sparr@coag.gov
>Department of Law
>1300 Broadway, 10th Floor
>Denver, CO 80203
>**Counsel of Record for Defendants-Appellants**

### CERTIFICATE OF COMPLIANCE

This motion complies with word limits of Fed. R. App. P. 27(d)(2)(A), the typeface requirements of Fed. R. App. P. 27(d)(1)(E), and the type style requirements of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

Dated: December 16, 2025

                PHILIP J. WEISER
                Attorney General

                /s/ *Philip Sparr*
                MICHAEL D. McMASTER*
                Assistant Solicitor General
                KEVIN BURNS*
                Senior Assistant Attorney General
                PHILIP SPARR*
                Assistant Attorney General
                Telephone: 720-508-6000
                E-Mail: philip.sparr@coag.gov
                Department of Law
                1300 Broadway, 10th Floor
                Denver, CO 80203
                **Counsel of Record for Defendants-Appellants*