# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS; AMERICAN FINANCIAL SERVICES ASSOCIATION; AMERICAN FINTECH COUNCIL,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado; MARTHA FULFORD, in her official capacity as Administrator of the Colorado Uniform Consumer Credit Code,<br><br>Defendants-Appellants.<br><br>CENTER FOR RESPONSIBLE LENDING; NATIONAL CONSUMER LAW CENTER.<br><br>Amici Curiae. | No. 24-1293<br><br>(D.C. 1:24-CV-00812-DDD-KAS)<br>(D. Colo.) |

## MOTION TO SUBSTITUTE COUNSEL
### (10th Cir. R. 27.5)

NOW COME the undersigned attorneys and in accordance with Tenth Circuit Rule 27.5 respectfully requests Andrew Kushner to withdraw as counsel of record for Amici Curiae, Center for Responsible Lending and National Consumer Law Center, and Katelin Kaiser substituted as counsel of record for Amici Curiae.

The contact information for Katelin Kaiser is as follows:

> Center for Responsible Lending
> 302 West Main Street,
> Durham, NC 27701
> Telephone: (919) 313-4696

Email: katelin.kaiser@responsiblelending.org

Katelin Kaiser consents to electronic service of documents and pleadings at the email address listed above.

Amici Curiae, Center for Responsible Lending and National Consumer Law Center, has been notified and consent to the substitution of counsel. Plaintiffs-Appellees and Defendants-Appellants have also been informed and consented to this Motion.

WHEREFORE, the undersigned respectfully request that the Court grant this Motion to Substitute Counsel allowing Andrew Kushner to withdraw as counsel of record and Katelin Shaw Kaiser to be substituted as counsel of record for Center for Responsible Lending and National Consumer Law Center in this Matter.

Dated this 15th day of January, 2026.

| /s/Katelin Shaw Kaiser | /s/Andrew Kushner |
|---|---|
| Katelin Shaw Kaiser | Andrew Kushner |
| Center for Responsible Lending | Center for Responsible Lending |
| 302 West Main Street | 1970 Broadway, Suite 350 |
| Durham, NC 27701 | Oakland, CA 94612 |
| (919) 956-4696 | |
| katelin.kaiser@responsiblelending.org | |

**CENTER FOR RESPONSIBLE LENDING**

*/s/ Katelin Shaw Kaiser*
302 West Main Street
Durham, NC 27701
(919) 956-4696
katelin.kaiser@responsible.lending.org

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of January, 2026, the foregoing document, Motion to Substitute Counsel was filed via the Court's CM/ECF filing system, which will send a notification of filing to all counsels of record.

                                               */s/ Katelin Shaw Kaiser*
                                               Katelin Shaw Kaiser