**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 15, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

NATIONAL ASSOCIATION OF
INDUSTRIAL BANKERS, et al.,

    Plaintiffs - Appellees,

v.

PHILIP J. WEISER, in his official capacity
as Attorney General of the State of
Colorado, et al.,

    Defendants - Appellants.

------------------------------

STATE OF ARIZONA, et al.,

    Amici Curiae.

No. 24-1293
(D.C. No. 1:24-CV-00812-DDD-KAS)
(D. Colo.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, **HARTZ**, **TYMKOVICH**, **BACHARACH**,
**PHILLIPS**, **McHUGH**, **MORITZ**, **EID**, **CARSON**, **ROSSMAN**, and **FEDERICO**,
Circuit Judges.

_____

This matter comes before the court on Appellees' Motion for Extension of Time to

File Supplemental Brief. Upon consideration, the motion is granted.

Appellees supplemental brief shall be filed on or before May 28, 2026.

Entered for the Court


Per Curiam