No. 24-1293

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado, and MARTHA FULFORD, in her official capacity as Administrator of the Colorado Uniform Consumer Credit Code,

      Defendants – Appellants,

v.

AMERICAN FINTECH COUNCIL, NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS, and AMERICAN FINANCIAL SERVICES, ASSOCIATION,

      Plaintiffs – Appellees.

On Appeal from the United States District Court, District of Colorado
The Honorable Daniel D. Domenico
District Judge

District Court Case No. 1:24-cv-00812-DDD-KAS

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE BRIEF AND REVISED BRIEFING SCHEDULE

| | |
|---|---|
| PHILIP J. WEISER | Colorado Department of Law |
| Attorney General | 1300 Broadway, 10th Floor |
| RUSSELL D. JOHNSON* | Denver, Colorado 80203 |
| Deputy Solicitor General | 720-508-6000 |
| KEVIN BURNS* | *Counsel of Record |
| Senior Assistant Attorney General | *Attorneys for Defendants-Appellants* |
| PHILIP SPARR* | |
| Assistant Attorney General | |

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and 10th Circuit Rule 27.6, Defendants-Appellants Philip J. Weiser, Attorney General of the State of Colorado, and Martha Fulford, Administrator of the Colorado Uniform Consumer Credit Code (collectively "Appellants"), respectfully request a brief extension of time—up to and including July 8, 2026—to file a response to Plaintiffs-Appellees' ("Appellees") supplemental brief (Doc. 183).

Counsel for the Appellants asked counsel for Appellees for consent to extend the deadline to file a response to Appellees' supplemental brief. Appellees have agreed but asked the State to request a briefing order affording Appellees 21 days for their reply brief with a new deadline of July 29, rather than the 14 days provided for in the original April 2 order. Appellees asked the Appellants to note that if the Court would prefer more time between the receipt of their reply brief and the oral argument scheduled on August 18, Appellees will submit their reply brief 14 days after receipt of the Appellants' brief.

In an April 2, 2026 Order, the Court granted Plaintiff-Appellees' *Petition for Rehearing En Banc* and directed Appellants to file a

1

supplemental response brief within thirty days of service of Plaintiff-Appellees' supplemental brief (Doc. 161). In an April 21, 2026 Order, the Court set oral argument for August 18, 2026.

Appellees sought an extension of time to file their supplemental brief from May 4, 2026 to May 28, 2026, which this Court granted in an April 15, 2026 Order (Doc. 165). As a result of the Court's April 2nd and April 15th Orders, the Appellants supplemental response brief is currently due June 29, 2026.

Appellants request a brief extension of time—up to and including July 8, 2026—to respond to Appellees' supplemental brief for the following reasons:

1.    Appellants' undersigned counsel have commitments in other active matters predating the Court's April 2, 2026 Order directing Appellants to file supplemental briefing by June 29, 2026.

2.    Key members of the Appellants' litigation team also have prearranged travel in the middle and end of June.

3. The Court has "encouraged" amicus participation. Doc. 162 at 4. As of the filing of this motion, 6 amici have filed briefs, which Appellants will require additional time to review.

4. Appellants' requested extension will not prejudice the Appellees or unreasonably delay the Court's ability to rule on the *Petition. See, e.g., U.S. v. Miller*, 250 F.R.D. 588, 593–94 (D. Kan. 2008).

Accordingly, Appellants respectfully request the Court grant a brief extension of time, up to and including July 8, 2026, in which to file their supplemental response brief.

Respectfully submitted, June 5, 2026

> PHILIP J. WEISER
> Attorney General
>
> /s/ *Kevin Burns*
> ──────────────────────
> RUSSELL D. JOHNSON*
> Deputy Solicitor General
> KEVIN BURNS*
> Senior Assistant Attorney General
> PHILIP SPARR*
> Assistant Attorney General
> Telephone: 720-508-6000
> E-Mail: kevin.burns@coag.gov
> Department of Law
> 1300 Broadway, 10th Floor

3

Denver, CO 80203
*Counsel of Record for Defendants-
Appellants

**CERTIFICATE OF COMPLIANCE**

This motion complies with word limits of Fed. R. App. P. 27(d)(2)(A), the typeface requirements of Fed. R. App. P. 27(d)(1)(E), and the type style requirements of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

Dated: June 5, 2026

<div style="margin-left: 40%;">

PHILIP J. WEISER
Attorney General

/s/ *Kevin Burns*
RUSSELL D. JOHNSON*
Deputy Solicitor General
KEVIN BURNS*
Senior Assistant Attorney General
PHILIP SPARR*
Assistant Attorney General
Telephone: 720-508-6000
E-Mail: kevin.burns@coag.gov
Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
*Counsel of Record for Defendants-Appellants*

</div>

5