**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**June 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

NATIONAL ASSOCIATION OF
INDUSTRIAL BANKERS, et al.,

     Plaintiffs - Appellees,

v.

PHILIP J. WEISER, in his official capacity
as Attorney General of the State of
Colorado, et al.,

     Defendants - Appellants.

------------------------------

STATE OF ARIZONA, et al.,

     Amici Curiae.

No. 24-1293
(D.C. No. 1:24-CV-00812-DDD-KAS)
(D. Colo.)

_____

### ORDER
_____

Before **HOLMES**, Chief Judge, **HARTZ**, **TYMKOVICH**, **BACHARACH**,
**PHILLIPS**, **McHUGH**, **MORITZ**, **EID**, **CARSON**, **ROSSMAN**, and **FEDERICO**,
Circuit Judges.[*]

_____

This matter is before the court on *Defendants-Appellants' Unopposed Motion for*

*an Extension of Time to File Supplemental Response Brief and Revised Briefing Schedule*

(Motion). Upon careful consideration, the Motion is granted as follows.

---

[*] The Honorable Scott M. Matheson is recused in this matter.

The deadline for Appellants' supplemental response brief is extended to July 8, 2026. Appellees' supplemental reply brief remains due within 14 days of the filing and service of Appellants' supplemental response brief.

Entered for the Court,

Per Curiam