UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 13, 2026

Adam Welle
Office of the Attorney General for the State of Minnesota
445 Minnesota Street, Suite 600
St. Paul, MN 55101

RE:    **24-1293, National Association of Industrial Bankers, et al v. Weiser, et al**
Dist/Ag docket: 1:24-CV-00812-DDD-KAS

Dear Counsel:

Amicus brief is deficient because:

The front cover of the brief does not contain the name of the judge whose order/judgment is being appealed, and the originating case number. *See* 10th Cir. R. 28.2(C)(1).

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

2

cc:      Leslie B. Arffa
           Kevin James Burns
           David M. Gossett
           Russell D Johnson
           Matthew Ladew
           Michael McMaster
           Teal Luthy Miller
           Edwin G. Perlmutter
           Matthew Alexander Schwartz
           Philip Michael Sparr
           Angelene Superable
           Christopher Swift

CMW/lg